| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MELANIE L. ALSWORTH<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IFEANYI VINCENT NTUKOGU,<br>KELO WHITE, AND<br>DONALD RAY PIERRE,<br><br>Defendants. | CASE NO. 1:19-CR-00082 DAD BAM<br><br>MOTION AND ORDER TO UNSEAL INDICTMENT |

The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. There no longer exists any reason to keep the indictment under seal as the defendants have been arrested.

Based on the foregoing, the United States respectfully requests that the indictment be unsealed and made public record.

Dated: April 16, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorney

1

MCGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| IFEANYI VINCENT NTUKOGU, KELO WHITE, AND DONALD RAY PIERRE, | |
| Defendant. | |

This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed made public record.

IT IS SO ORDERED.

Dated: **April 16, 2019**             /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE