**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 160A
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for IFEANYI VINCENT NTUKOGU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:19 CR 00082 DAD-BAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO MODIFY |
| | ) | TERMS OF RELEASE |
| vs. | ) | |
| | ) | |
| IFEANYI VINCENT NTUKOGU | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record, namely McGregor Scott, United States Attorney, by Melanie L. Alsworth, Assistant United States Attorney, for the plaintiff, and Daniel A. Bacon, Attorney at Law, for defendant Ifeanyi Vincent Ntukogu, that the conditions of release ordered by the court in this matter on April 17, 2019, shall be amended to delete the condition in paragraph 7 (l), which required location monitoring, home detention and a curfew.

     This modification has been approved by Pretrial Services Officer Renee Basurto.

     Executed this 10th day of June, 2019, at Fresno, California.

                         /s/ Daniel A. Bacon
                         DANIEL A. BACON, Attorney for
                         IFEANYI VINCENT NTUKOGU

     Executed this 10th day of June, 2019, at Fresno, California.

                         McGREGOR SCOTT, United States Attorney

                         By: /s/ Melanie L. Alsworth
                         MELANIE L. ALSWORTH
                         Assistant U.S. Attorney, Attorney for Plaintiff

## <u>ORDER</u>

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the conditions of release filed with the court in this matter on April 17, 2019, shall be amended to delete the condition in paragraph 7 (l), which required location monitoring, home detention and a curfew.

IT IS SO ORDERED.

Dated: **June 11, 2019**                    /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE