**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 160A
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for IFEANYI VINCENT NTUKOGU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19 CR 00082 DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY TERMS OF RELEASE |
| vs. | |
| IFEANYI VINCENT NTUKOGU, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record, namely McGregor Scott, United States Attorney, by Melanie L. Alsworth, Assistant United States Attorney, for the plaintiff, and Daniel A. Bacon, Attorney at Law, for defendant Ifeanyi Vincent Ntukogu, that paragraph 7(j) of the conditions of release ordered by the court in this matter on April 17, 2019, shall be amended as follows:

Defendant shall execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property, and a $60,000 unsecured bond secured by the signature of the defendant and his wife.

1. A full equity property bond secured by the available equity in defendant's primary residence located at 2775 West Athens Avenue, Fresno, California 93711, APN 500-340-26. This condition has been met by the recording of a Deed of Trust with Assignment of Rents with the Fresno County Recorder on May 10, 2019, Document No. 2019-0048246.

2. The clerk of this court shall prepare and deliver a total reconveyance of the collateral secured by a Deed of Trust with Assignment of Rents recorded on May 20, 2019, Document No.

STIPULATION AND [PROPOSED] ORDER TO MODIFY TERMS OF RELEASE

2019-0048245, securing the property at 5077 West Cromwell Avenue, Fresno, California 93722, APN 502-222-23.

3. The property at 5077 West Cromwell Avenue, Fresno, California 93722 shall be sold and all net proceeds of the sale due the defendant or his family (see attached Estimate of Settlement) shall be deposited with the Clerk of the United States District Court, Eastern District of California, to secure the defendant's complying with his conditions of release and shall not be dispersed by the clerk of this court without prior court order.

Executed this 17th day of March, 2020, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
IFEANYI VINCENT NTUKOGU

Executed this 17th day of March, 2020, at Fresno, California.

McGREGOR SCOTT, United States Attorney

By: /s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant U.S. Attorney, Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED that the revised paragraph 7(j) of the conditions of release is approved. The Estimate of Settlement is attached to the parties' stipulation at Docket 59. The clerk of the Court is directed to serve a copy of this order on Budget & Financial Management department of this Court.

IT IS SO ORDERED.

Dated: __March 17, 2020__      /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE