**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 160A
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for IFEANYI VINCENT NTUKOGU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:19 CR 00082 DAD-BAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO MODIFY TERMS OF |
| vs. ) | RELEASE |
| ) | |
| IFEANYI VINCENT NTUKOGU ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record, namely McGregor Scott, United States Attorney, by Melanie L. Alsworth, Assistant United States Attorney, for the plaintiff, and Daniel A. Bacon, Attorney at Law, for defendant Ifeanyi Vincent Ntukogu, that paragraph 7(j) of the conditions of release ordered by the court in this matter on April 7, 2019, and amended by order of the court on March 17, 2020, shall be amended as follows:

Defendant shall execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property, and a $60,000 unsecured bond secured by the signature of the defendant and his wife.

1. The clerk of this court shall prepare and deliver a total reconveyance of the collateral secured by the Deed of Trust with Assignment of Rents recorded on May 10, 2019, document number 2019-0048246, securing the property located at 2775 West Athens Avenue, Fresno, California 93711 (Clerk's Document 39 filed on May 16, 2019).

2. The property at 2775 West Athens Avenue, Fresno, California 93711 shall be sold and all of the net proceeds of the sale due the defendant or his family shall be retained by the title company handling the matter, Orange Coast Title Company of Northern California, and used for the purchase of the property located at 6117 North Teilman Avenue, Fresno, California 93711. (See attached Estimate of Settlement.) If the property at 6117 North Teilman Avenue, Fresno, California 93711 is not in fact purchased at the close of escrow of the property at 2775 West Athens Avenue, Fresno, California 93711, then all proceeds of the sale shall be forwarded to the Clerk of the United States District Court for the Eastern District of California to secure the defendant's complying with his conditions of release and shall not be disbursed by the clerk of this court without prior court order.

3. The Clerk of the United States District Court, Eastern District of California, shall prepare a check in the sum of $19,697.43 made payable to Orange Coast Title Company of Northern California.  This check shall be released to attorney Daniel A. Bacon who shall transfer the check immediately to the aforesaid title company, to be used exclusively for the purpose of the property located at 6117 North Teilman Avenue, Fresno, California 93711.  These funds were deposited with the clerk (Clerk's document number 66 filed April 7, 2020) pursuant to the court order of March 17, 2020.  If said property is not purchased then Orange Coast Title Company of Northern California shall return the funds to the Clerk of the United States District Court, Eastern District of California, to secure the defendant's complying with his conditions of release and shall not be disbursed by the clerk of this court without prior court order.

4. A full equity property bond secured by the available equity in defendant's new primary residence located at 6771 North Teilman Avenue, Fresno, California 93711, APN 407-322-02, shall be recorded immediately after the recording the lending institution's first Deed of Trust.

Executed this 19th day of February, 2021, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
IFEANYI VINCENT NTUKOGU

2

Executed this 19th day of February, 2021, at Fresno, California.

McGREGOR SCOTT, United States Attorney

By: /s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant U.S. Attorney, Attorney for Plaintiff

**ORDER**

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS SO ORDERED.

Dated:  **February 19, 2021**

UNITED STATES MAGISTRATE JUDGE