**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 160A
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for IFEANYI VINCENT NTUKOGU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00082-DAD-BAM |
| Plaintiff, | AMENDED STIPULATION AND ORDER TO MODIFY TERMS OF RELEASE |
| vs. | |
| IFEANYI VINCENT NTUKOGU, | |
| Defendant. | |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record, namely Philip A. Talbert, United States Attorney, by Melanie L. Alsworth, Assistant United States Attorney, for the plaintiff, and Daniel A. Bacon, Attorney at Law, for defendant Ifeanyi Vincent Ntukogu, that paragraph 7(j) of the conditions of release ordered by the court in this matter on April 7, 2019, amended by order of the court on March 17, 2020, and on February 19, 2021, shall be modified to read as follows:

　　　　The Clerk of the United States District Court, Eastern District of California, was ordered to prepare a check in the sum of $19,697.43 made payable to Orange Coast Title Company of Northern California. This check would have been released to attorney Daniel A. Bacon, who would have then transferred the check immediately to the aforesaid title company. However, the funds from the U.S. Treasury did not arrive in the offices of Daniel A. Bacon until Monday, March 8, 2021 and escrow closed on March 4, 2021. Mr. Ntukogu therefore obtained a loan from Mr. Charles Ugwu-Oju, who loaned the defendant the sum of $19,697.43 by depositing

AMENDED STIPULATION AND [PROPOSED] ORDER TO MODIFY TERMS OF RELEASE

said sums into escrow No. 535-FRE-21400204-55 for the purchase of 6117 North Teilman Avenue, Fresno, California 93711. (See Exhibit A, Settlement Statement; Exhibit B, copy of cashier's check from Charles Ugwu-Oju to Orange Coast Title; Exhibit C, loan agreement between Charles Ugwu-Oju and Ifeanyi Vincent Ntukogu; and Exhibit D, copy of check from U.S. Treasury.)

Orange Coast Title Company of Northern California is therefore permitted to deposit the sum of $19,697.43 received from the U.S. Treasury and issue a check in that same amount to Charles Ugwu-Oju.

Executed this 17th day of March, 2021, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
IFEANYI VINCENT NTUKOGU

Executed this 17th day of March, 2021, at Fresno, California.

PHILLIP A. TALBERT, United States Attorney

/s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant U.S. Attorney, Attorney for Plaintiff

### **ORDER**

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS SO ORDERED.

Dated:  **March 17, 2021**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE