**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 150
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for IFEANYI VINCENT NTUKOGU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19 CR 00082 ADA-BAM |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY TERMS OF RELEASE |
| vs. | |
| IFEANYI VINCENT NTUKOGU, | |
| Defendant. | |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record, namely Phillip A. Talbert, United States Attorney, by Antonio Pataca, Assistant U.S. Attorney, for the plaintiff, and Daniel A. Bacon, for defendant Ifeanyi Vincent Ntukogu, that paragraph 7(i) of the conditions of release ordered by the court on April 17, 2019, amended by order of the court on March 17, 2020 and February 19, 2021, shall be amended to read as follows:

　　　　7(i). You must surrender your Nigerian and United States passports to the Clerk, United States District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case.

　　　　The Clerk of the Court is ordered to return to Adaora Ngozi Ntukogu, the defendant's wife and third-party custodian, both her United States and Nigerian passports.

　　　　This Stipulation and Order has been approved by Pretrial Services.

　　　　Executed this 10th day of June 2024, at Fresno, California.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Daniel A. Bacon
　　　　　　　　　　　　　　　　　　　　　　　　DANIEL A. BACON, Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　IFEANYI VINCENT NTUKOGU

STIPULATION AND [PROPOSED] ORDER TO MODIFY TERMS OF RELEASE

Executed this 10th day of June 2024, at Fresno, California.

                            PHILLIP A. TALBERT, United States Attorney

                            By: /s/ Antonio Pataca
                            ANTONIO PATACA
                            Assistant U.S. Attorney, Attorney for Plaintiff

## ORDER

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS SO ORDERED.

Dated: 6/12/2024                        /s/ Sheila K. Oberto
                                      SHEILA K. OBERTO
                                      UNITED STATES MAGISTRATE JUDGE
                                      EASTERN DISTRICT OF CALIFORNIA